UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 8:15-CR-476-T-17JSS

ERNEST L. CHAMBLISS.

_____/

ORDER

This cause is before the Court on:

Dkt. 27    Plea Agreement
Dkt. 28    Waiver of Speedy Trial Through December 31, 2016

This case is scheduled for trial on Monday, March 14, 2016 at 10:00 a.m. A Plea Agreement has been filed, and Defendant Chambliss has waived speedy trial through December 31, 2016.

Based on Defendant Chambliss' waiver of speed trial through December 31, 2016, and in the interest of justice, pursuant to 18 U.S.C. Sec. 3161(h)(8)(A), the Court continues the jury trial, which will be rescheduled in a separate Notice, if necessary. Accordingly, it is

**ORDERED** that the trial scheduled to commence on Monday, March 14, 2016 is **continued,** pursuant to 18 U.S.C. Sec. 3161(h)(8)(A), and will be rescheduled in a separate Notice, if necessary.

Case No. 8:15-CR-476-T-17JSS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 11th day of March, 2016.

									ELIZABETH A. KOVACHEVICH
									United States District Judge

Copies to:
All parties and counsel of record