UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 8:15-CR-476-T-17JSS

ERNEST L. CHAMBLISS.

_____/

ORDER

This cause is before the Court sua sponte.  This cause is set for trial on Tuesday, October 11, 2016.  The Court directs the Government and Defendant Chambliss to confer as to proposed jury instructions and proposed verdict forms, and **file the following by Wednesday, October 5, 2016:** 1) a package of jury instructions to which the parties stipulate; 2) a package of the Government's proposed jury instructions to which Defendant Chambliss objects, if any; and 3) a package of Defendant Chambliss' proposed jury instructions to which the Government objects, if any.  If the parties agree on the verdict form, the parties shall file one proposed verdict form.  If the parties cannot agree, each party shall file a proposed verdict form.  Accordingly, it is

**ORDERED** that the parties shall file their proposed jury instructions and verdict form in accordance with this Order by **Wednesday, October 5, 2016**.

Case No. 8:15-CR-476-T-17JSS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 7th day of September, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record